UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV08-4408-CAS(Ex) | Date | July 10, 2008 |
|---|---|---|---|
| Title | Ray Ivey v. Snapple Beverage Corp., et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers): ORDER TO SHOW CAUSE RE: WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff filed the instant action in the Los Angeles County Superior Court on May 1, 2008. On July 3, 2008 defendant filed a notice of removal with this Court.

Removal is proper only where defendants file in the district court a notice of removal within thirty days after receipt of the first pleading in the state action that sets forth a removable claim. 28 U.S.C. § 1446(b). Defendants state in their notice of removal that they were served on or about June 8, 2008. However, they do not provide any declarations or documents to support the alleged date of service.

Therefore, defendants are hereby ORDERED TO SHOW CAUSE no later than fifteen (15) days from the date of this order why the instant action should not be dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |